GARY M. RESTAINO
United States Attorney
District of Arizona
NATHANIEL J. WALTERS
Assistant United States Attorney
United States Courthouse
405 W. Congress Street, Suite 4800
Tucson, Arizona 85701
Telephone: 520-620-7300
Email: nathaniel.walters@usdoj.gov
Attorneys for Plaintiff

CR23-02359 TUC-JCH(JR)

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| United States of America, | No. |
|---|---|
| Plaintiff, | **I N D I C T M E N T** |
| vs. | VIO:  18 U.S.C. § 554(a) (Smuggling Goods from the United States) Count 1 |
| Guillermo Acosta, | 18 U.S.C. §§ 933(a)(2) & (b) (Felony Receipt of a Firearm) Count 2 |
| Defendant. | 18 U.S.C. §§ 922(g)(1) & 924(a)(8) (Felon in Possession of a Firearm and Ammunition) Count 3 |
|  | 18 U.S.C. § 924(d); 28 U.S.C. § 2461(c); 50 U.S.C. § 4819(d)(1) (Forfeiture Allegation) |

**THE GRAND JURY CHARGES:**

<u>COUNT 1</u>

On or about November 25, 2023, in the District of Arizona, Defendant GUILLERMO ACOSTA, knowingly attempted to export and send from the United States any merchandise, article, or object contrary to any law or regulation of the United States, and received, concealed, bought, sold, and in any manner facilitated the transportation, concealment, and sale of such merchandise, article or object, that is:

- One (1) Century Arms AK-47 Rifle;

- One (1) U.S. Palms 7.62x39 Magazine; and

- 1,000 Rounds of TELA AMMO 7.62x39 Ammunition.

knowing the same to be intended for exportation contrary to any law or regulation of the United States, to wit: Title 50, United States Code, Section 4819; Title 15, Code of Federal Regulations, Part 736.2; Title 15, Code of Federal Regulations, Part 774; and Title 15, Code of Federal Regulations, Part 738.

In violation of Title 18, United States Code, Section 554(a).

## COUNT 2

On or about November 25, 2023, in the District of Arizona, Defendant GUILLERMO ACOSTA did receive from another person, in or otherwise affecting interstate or foreign commerce, a firearm, to wit:

- One (1) Century Arms AK-47 Rifle;

knowing or having reasonable cause to believe that such receipt would constitute a felony, to wit: Title 18, United States Code, Section 554(a), Smuggling Goods from the United States, and Title 18, United States Code, Section 922(g)(1), Felon in Possession of a Firearm.

In violation of Title 18, United States Code, Section 933(a)(2) & (b).

## COUNT 3

On or about November 25, 2023, in the District of Arizona, Defendant GUILLERMO ACOSTA, knowing that he had been convicted of a crime punishable by imprisonment for a term exceeding one year, did knowingly possess, in and affecting interstate and foreign commerce, a Century Arms AK-47 Rifle and 1,000 Rounds of TELA AMMO 7.62x39 Ammunition.

In violation of Title 18, United States Code, Section 922(g)(1) and 924(a)(8).

**FORFEITURE ALLEGATION**

Upon conviction of Count One of the Indictment, the Defendant, GUILLERMO ACOSTA, shall forfeit to the United States: (1) any firearms and ammunition involved in the commission of the offense, pursuant to Title 18, United States Code, Section 924(d), and Title 28, United States Code, Section 2461(c); (2) any property constituting an item that is exported or intended to be exported, pursuant to Title 50, United States Code, Section 4819(d)(1)(C); and (3) any property used or intended to be used, in any manner, to commit or facilitate the violation pursuant to Title 50, United States Code, Section 4819(d)(1)(A).

Upon conviction of Counts Two and Three of the Indictment, the Defendant, GUILLERMO ACOSTA, shall forfeit to the United States pursuant to Title 18, United States Code, Section 924(d), and Title 28, United States Code, Section 2461(c), any firearms and ammunition involved in the commission of the offense.

The property to be forfeited includes, but is not limited to:

- One (1) Century Arms AK-47 Rifle, Serial Number SV7141536;
- One (1) U.S. Palms 7.62x39 Magazine; and
- 1,000 Rounds of TELA AMMO 7.62x39 Ammunition.

If any of the property described above, as a result of any act or omission of the defendant: a) cannot be located upon the exercise of due diligence; b) has been transferred or sold to, or deposited with, a third party; c) has been placed beyond the jurisdiction of the court; d) has been substantially diminished in value; or e) has been commingled with other property which cannot be divided without difficulty, it is the intent of the United States, pursuant to Title 21, United States Code, Section 853(p), as incorporated by Title 28, United States Code, Section 2461(c), to seek forfeiture of any other property of said defendant up to the value of the above forfeitable property, including, but not limited to, all property, both real and personal, owned by the defendant.

///

*United States of America v. Guillermo Acosta*
*Indictment Page 3 of 4*

All pursuant to Title 18, United States Code, Section 924(d), Title 28, United States Code, Section 2461(c), Title 50, United States Code, Sections 4819(d)(1)(A) and 4819(d)(1)(C), and Rule 32.2(a), Federal Rules of Criminal Procedure.

A TRUE BILL

/S/

_____
FOREPERSON OF THE GRAND JURY
Dated: December 20, 2023

GARY M. RESTAINO
United States Attorney
District of Arizona

REDACTED FOR
PUBLIC DISCLOSURE

/S/
_____   _____
NATHANIEL J. WALTERS
Assistant United States Attorney

*United States of America v. Guillermo Acosta*
*Indictment Page 4 of 4*