JON M. SANDS
Federal Public Defender
JOHN CONNELLY
Assistant Federal Public Defender
NE State Bar No. 023314
Email: john_connelly@fd.org
407 W. Congress St., Suite 501
Tucson, AZ  85701-1355
Telephone: (520) 879-7500
Attorney for Defendant

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF ARIZONA**

| | |
|---|---|
| UNITED STATES OF AMERICA, | CR23-02359-TUC-JCH (JR) |
| Plaintiff, | |
| vs. | SENTENCING MEMORANDUM |
| Guillermo Acosta | |
| Defendant | |

## I. Introduction

On July 31, 2024, Mr. Acosta pled guilty to Count I, Smuggling goods from the United States and Count 2, Felony Receipt of a Firearm. Pursuant to a plea agreement, his proposed range is not to exceed 41 months. The PSR recommends this Court vary downward to a sentence of 15 months. *(PSR, pg.16)*

Given Mr. Acosta's physical condition, pretrial release performance, and the collateral consequences of losing his social security benefits if he were to receive a custodial sentence, Mr. Acosta respectfully asks this Court to consider varying downward to a term of probation or supervised release.

1

## II. Nature and Circumstance of the Offense pursuant to 18 U.S.C § 3553(a)(1)

A. Mens Rea

- He committed the offense out of financial desperation for himself and his youngest son's basic needs. Prior to his arrest, he had been unable to work -due to chronic medical issues - and, consequently, his electricity had been shut off and he had been told he would be evicted. *(PSR, pg.4, par.11-12);*

B. Role in the Offense

- Mr. Acosta's role was a minor participant for purposes of USSC § 3B1.2 (b). *(PSR, pg. 5 par. 18).*

## III. History and Characteristics pursuant to 18 U.S.C. § 3553(a)(1)

A. Physical Condition

- In addition to suffering from diabetes, high cholesterol, high blood pressure, and chronic gastric issues, Mr. Acosta continues to suffer from diabetes complications. One of his toes on his left foot was amputated in 2017. During his time on pretrial release on this instant case, he has been in and out of the hospital on numerous occasions. During these hospital stays, the remaining 4 toes on this left foot have been amputated. In addition, his right foot has been operated on, and he continues to be dealing with extreme pain in both legs and feet due to chronic infections and swelling of his legs and feet. At the time of this writing, Mr. Acosta is hospitalized.

B. Mental and Emotional Health

- Mr. Acosta has been diagnosed with mixed anxiety disorder, depressed mood disorder, and insomnia. He is currently prescribed medications for these disorders. Prior to the instant offense, Mr. Acosta had never been treated for his mental health issues. Although he has had some difficulty attending appointments at CBI during his pretrial release term due to his physical health conditions, he asks this Court to consider a mental health provision to his term of probation or supervised release.

C. Acceptance of Responsibility & Remorse & Collateral Consequences

- Mr. Acosta accepts responsibility for his poor and dangerous decision making motivated by his need for money to cover his basic needs due to his inability to work due to health issues. After his arrest in this instant case and while on pretrial release, Mr. Acosta has been receiving a steady income and affordable housing via Social Security. *(PSR, pg. 9, par. 47).* If he were to receive a custodial sentence, he would lose his affordable housing and Social Security benefits, which allows him to support himself and pay child support for his son.

**IV. Conclusion**

Given Mr. Acosta's motivation to commit the offense, his grave and fragile physical condition, his mental and emotional health condition, and his acceptance of responsibility, he respectfully asks this Court to consider a non-custodial sentence.

RESPECTFULLY SUBMITTED:     October 31, 2025

JON M. SANDS

Federal Public Defender


*s/ John A. Connelly*

JOHN A. CONNELLY

Assistant Federal Public Defender

**Certificate of Service**


I certify that on October 31, 2025, I electronically filed the foregoing with the clerk of the court by using the CM/ECF system which will send a notice of electronic filing to each counsel of record, to include:


Mr. Nathaniel Walters: Assistant United States Attorney

Ms. Willow Stokes: United States Probation Officer